**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW T. HILL, | Case No. 3:13cv2728 JM(BGS) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| ALLIED INTERSTATE LLC, and CAPITAL ONE BANK (USA), N.A. | |
| Defendants. | |

For good cause appearing, the Court GRANTS the Joint Motion for Dismissal (Doc. No. 44). This entire action is DISMISSED WITH PREJUDICE. All parties shall bear their own costs.

**IT IS SO ORDERED.**

DATED: April 24, 2015

JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE